## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 26-CR-80058-MIDDLEBROOKS/MATTHEWMAN

18 U.S.C. § 2252(a)(1) and (b)(1)
18 U.S.C. § 2252A(a)(3)(B) and (b)(1)
18 U.S.C. § 2252(a)(4)(B) and (b)(2)
18 U.S.C. § 2253(a)

UNITED STATES OF AMERICA

vs.

ROBERT LEE BUCHANAN,

Defendant.

_____/

## INDICTMENT

The Grand Jury charges that:

### COUNTS 1-2
### 18 U.S.C. § 2252(a)(1) and (b)(1)
### (Transportation of Material Involving Sexual Exploitation of Minors)

On or about the approximate date enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT LEE BUCHANAN,**

did knowingly transport any visual depiction, using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(1).

| Count | Date |
|-------|------|
| 1 | January 9, 2025 |
| 2 | January 19, 2025 |

Pursuant to Title 18, United States Code, Section 2252(b)(1), it is further alleged that ROBERT LEE BUCHANAN had previously been convicted in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida, of attempted sexual battery upon a child less than 12, in violation of Florida Statute 794.011(2).

## COUNTS 3-5
### 18 U.S.C. § 2252A(a)(3)(B) and (b)(1)
### (Solicitation of Child Pornography)

On or about the approximate date enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### ROBERT LEE BUCHANAN,

did knowingly solicit any material and purported material in a manner that reflected the belief, and that was intended to cause another to believe, that the material and purported material was, and contained, a visual depiction of an actual minor engaging in sexually explicit conduct, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, including by computer:

| Count | Date |
|-------|------|
| 3 | January 8, 2025 |
| 4 | January 11, 2025 |
| 5 | January 17, 2025 |

In violation of Title 18, United States Code, Section 2252A(a)(3)(B).

Pursuant to Title 18, United States Code, Section 2252A(b)(1), it is further alleged that ROBERT LEE BUCHANAN had previously been convicted in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida, of attempted sexual battery upon a child less than 12, in violation of Florida Statute 794.011(2).

2

## COUNT 6
### 18 U.S.C. § 2252(a)(4)(B) and (b)(2)
### (Possession of Visual Depictions Involving the Sexual Exploitation of Minors)

On or about January 9, 2025, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### ROBERT LEE BUCHANAN,

did knowingly possess, and knowingly access with intent to view, matter which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials that had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that **ROBERT LEE BUCHANAN** had previously been convicted in the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida, of attempted sexual battery upon a child less than 12, in violation of Florida Statute 794.011(2).

### FORFEITURE

1.     The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ROBERT LEE BUCHANAN**, has an interest.

3

2.      Upon conviction of a violation of Title 18, United States Code, Sections 2252 and 2252A, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

    a.  Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, 2260 or any book, magazine, periodical film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

    b.  Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.  Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

All pursuant to Title 18, United States Code, Section 2253(a), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b).

A TRUE BILL

_____
FOREPERSON

*Adam C. McMichael*  for
_____
JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

_____
KATIE WILSON
ASSISTANT UNITED STATES ATTORNEY

4

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 26-CR-80058-MIDDLEBROOKS/MATTHEWMAN

v.

ROBERT LEE BUCHANAN,

**CERTIFICATE OF TRIAL ATTORNEY**

_____ /

**Superseding Case Information:**

New Defendant(s) (Yes or No)_____
Number of New Defendants _____
Total number of new counts _____

**Court Division** (select one)

☐ Miami  ☐ Key West  ☐ FTP
☐ FTL  ☑ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect:_____

4. This case will take __3__ days for the parties to try.
5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I  ☑  0 to  5 days
   II  ☐  6 to 10 days
   III  ☐  11 to 20 days
   IV  ☐  21 to 60 days
   V  ☐  61 days and over

   (Check only one)
   ☐ Petty
   ☐ Minor
   ☐ Misdemeanor
   ☑ Felony

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Judge _____ Magistrate Case No._____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No._____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? (Yes or No) No
14. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No

By: _Katie Wilson_____
KATIE WILSON
Assistant United States Attorney
FL Bar No.          1026417

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

Defendant's Name:   ROBERT LEE BUCHANAN

Case No:   26-CR-80058-MIDDLEBROOKS/MATTHEWMAN

Count #: 1-2

Transportation of Material Involving Sexual Exploitation of Minors

In violation of 18 U.S.C. § 2252(a)(1) and (b)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum of 5 years)
* **Max. Fine:** $250,000
* **Special Assessment:** $5,000 and $100

Count #: 3-5

Solicitation of Child Pornography

In violation of 18 U.S.C. § 2252A(a)(3)(B) and (b)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum of 5 years)
* **Max. Fine:** $250,000
* **Special Assessment:** $5,000 and $100

Count #: 6

Possession of Visual Depictions Involving the Sexual Exploitation of Minors

In violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2)
* **Max. Term of Imprisonment:** 20 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum of 5 years)
* **Max. Fine:** $250,000
* **Special Assessment:** $5,000 and $100

*Refers only to possible term of incarceration, supervised release and fines.   It does not include
restitution, special assessments, parole terms, or forfeitures that may be applicable.